Matter of the Estate of KATHERINE R. LISCOMB, Deceased.

(Surrogate's Court, New York County, August, 1919.)

Gifts — causa mortis.

Where liberty bonds which had been taken from decedent's safe deposit box by her direction were physically present when she made a gift of them *causa mortis* and they were never

Surrogate's Court, New York County, August, 1919.   [Vol. 108.

thereafter in her custody and possession or that of any one acting as her agent, a motion by her administrator for the delivery to him of said bonds will be denied.

MOTION by an administrator for a discovery of certain personal property.

Isaac Reiss, for administrator.

Lewis T. Know, for respondents.

FOWLER, S.   I am of the opinion that the bonds were the subject of a valid gift *causa mortis*.   They were taken from the safe deposit box by direction of the decedent and they were physically present when the gift was made and were thereafter kept by decedent's sister, and were not in the custody or possession of the decedent or of any person acting as agent of the decedent.

There was no physical delivery of the other property in dispute.   The furniture was in Mrs. Liscomb's apartment at Yonkers; the jewelry and silverware were with a friend for safekeeping.   There was therefore no valid gift of these articles.   *Matter of Cohn,* 187 App. Div. 392.   The motion of the administrator will therefore be granted as to the jewelry and furniture and will be denied as to the liberty bonds upon the ground that said liberty bonds are the property of the respondents.

Decreed accordingly.